1 | MaryEtta C. Marks
2 | 6642 South Garth Avenue
  | Los Angeles, California 90056-2204
3 | Telephone: (310) 649-6431
  | Facsimile: (775) 845-9639
4 | Email address: Markslaw@hotmail.com

FILED
JUL -6 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

5 | MaryEtta C. Marks, DEBTOR & PLAINTIFF
  | In Pro Se

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARYETTA C. MARKS<br><br>Debtor. | Case No.: 2:10-bk-42867-SK<br><br>**CHAPTER 13**<br><br>Adversary No. _____ |
| MARYETTA C. MARKS (AKA MARYETTA CHRISTINA MARKS,<br><br>Plaintiff,<br><br>Vs.<br><br>American Home Mortgage Servicing, Inc. (AHMSI), Default Resolution Network, Fidelity National Title Co., Homeward Residential, Option One Mortgage Corp., Ocwen Loan Servicing, LLC., Sand Canyon Corp., Wells Fargo Bank, N.A. Trustee for Option One Loan Trust 2007-6, Asset-Backed Certificates Series 2007-6, Wells Fargo Bank | COMPLAINT FOR:<br><br>(1) RECOVERY OF MONEY AND OR PROPERTY<br><br>(2) VALIDITY, PRIORITY OR EXTENT OF LIEN OR OTHER INTEREST IN PROPERTY |

1

MaryEtta Christina Marks (AKA MaryEtta C. Marks) Debtor hereinafter referred to as Plaintiff to recover money and or property and to dispute the validity, priority and interest in property alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Sections 151, 157 and 1334.

2. This adversary proceeding is commenced pursuant to Rule 7001, et seq. of the Federal Rules of Bankruptcy Procedure and Sections 502, 547, 550 and 551 of 11 U.S.C. Section 101 et seq. (the "Bankruptcy Code").

3. Venue in this court is proper pursuant to 28 U.S.C. Section 1409 as this adversary proceeding arises under and in connection with a case under Title 11 which is pending in this District.

4. This adversary proceeding is a core proceeding as defined by 28 U.S.C. Section 157(b) (2) (A), (B), (F), and (O).

## PARTIES

5. On August 6, 2010, Debtor commenced her bankruptcy case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in order to prevent a wrongful foreclosure of her home.

6. Defendants, at all times material hereto, represented themselves as Creditors who had the right and apparent authority to pursue foreclosure proceedings against the Debtor as of August 6, 2010, the date that Debtor filed the Chapter 7 bankruptcy. Ocwen Loan Servicing, LLC. (hereinafter referred to as OCWEN) however,

was not a Creditor as of the August 6, 2010 date. OCWEN became known to Debtor on or about March 12, 2013, when it sent a NOTICE OF DEFAULT to Debtor at the subject property address-6642 S. Garth Ave., Los Angeles, CA 90056.

## STATEMENT OF FACTS

7. On February 7, 2007, Debtor and Plaintiff MaryEtta C. Marks (hereinafter "Marks") obtained an Adjustable Rate Note (LIBOR Index – Rate Caps) (hereinafter "Note") loan from Lender, Option One Mortgage Corporation (hereinafter "OOMC") in the amount of $609,987.00 for her residence located in Los Angeles, California. Marks also executed the Addendum to Note for the Interest Only Payment Period. On February 10, 2007, Marks executed the Prepayment Charge Note Addendum.

8. On February 16, 2007, the Deed of Trust (hereinafter "DOT") was recorded as Instrument No. 20070337951 with the Los Angeles County Recorder's Office. The named Trustee is Premier Trust Deed Services, Inc. The named Beneficiary is Option One Mortgage Corporation.

DISPUTES TO OOMC REGARDING ERRONEOUS LATE FEES:

9. Pursuant to the Note, Marks' payments beginning on April 1, 2007, were $3,177.02, with a 15 day grace period. Marks tendered here first successful payment on April 16, 2007, in the amount of $3,177.02 for the April 1, 2007 payment.

DOUBLE PAYMENT ATTEMPTED BY OOMC-MARKS' CHAIN OF CORRESPONDENCE TO OOMC TO CORRECT ERROR:

10. On April 18, 2007, OOMC attempted to collect/obtain another payment of $3,177.02 (Ref. ID-ACH91233480229) for the May 1, 2007 DUE DATE. On April 18,

2007, Bank of America returned the payment for insufficient funds. Marks did not have the funds to cover May's payment the payment was not due until May 1, 2007. On May 8, 2007, Marks sent OOMC a letter, in response to OOMC's letter dated April 23, 2007, received on or about May 1, 2007, advising OOMC of Marks' dispute about the double payment and requesting the correction of all records regarding Marks' account.

11. On May 16, 2007, Marks' account was debited for the May 1, 2007 payment.

12. On May 29, 2007, Marks sent supplemental correspondence to OOMC requesting OOMC to correct their records to accurately reflect the original payment of April 16, 2007 was received in a timely manner and to delete the late charge imposed for OOMC's unauthorized and illegal attempt to collect a second April 2007 payment via Bank of America on April 18, 2007 (Ref. ID-ACH 91233480229).

13. On June 28, 2007, Marks sent OOMC a dispute letter renewing her request that OOMC correct their records to accurately reflect the original payment of April 16, 2007, was received in a timely manner and to delete the late charge imposed for OOMC's unauthorized and illegal attempt to collect a second April 2007 payment on April 18, 2007 (Ref. ID-ACH 91233480229).

14. On December 3, 2007, Marks sent OOMC a written request to Cancel and Terminate the Automatic Withdrawal from Bank of America, due to OOMC's refusal to correct and modify their records and continual illegal charges.

15. During 2007 and 2008, Marks continued to make timely monthly payments, despite OOMC's failure to correct and modify their records, in response Marks' repeated requests.

16. On April 30, 2008, American Home Mortgage Servicing, Inc., an affiliate of private equity company, Wilbur Ross & Co., bought OOMC' loan servicing business for $1.3 billion.

17. H & R Block Group, Inc. (HRB) sold Option One Mortgage Corporation (subsidiary of Block Financial Corporation) OOMC's mortgage loan servicing business to American Home Mortgage Servicing, Inc., (AHMSI), an affiliate of Ross & Co. LLC. Pursuant to agreement, OOMC changed its name to "Sand Canyon Corporation".

18. On June 4, 2008, Option One Mortgage Corporation's named changed to Sand Canyon Corporation.

19. On September 11, 2008, Marks sent correspondence to American Home Mortgage Servicing, Inc. (hereinafter "AHMSI") renewing her dispute and request for correction of all records regarding her loan and advising AHMSI of her status of never being late with her loan payments.

20. On January 12, 2009, Marks sent her third Notice of Dispute to AHMSI.

21. On February 22, 2010, a Notice of Default and Election to Sell Under Deed of Trust was recorded, unbeknownst to Marks, by Default Resolution Network Option One Mortgage Corporation. Said NOD provided information for AHMSI as a contact regarding the foreclosure. Default Resolution Network did not have any authority to send

the February 22, 2010 Notice of Default and Election to Sell Under Deed of Trust and any other correspondence as they were not legally the Trustee.

22. Pursuant to California Civil Code Section 2923.5(c) the mortgagee, beneficiary or authorized agent for the mortgagee or beneficiary declares that the mortgagee, beneficiary or the mortgagee's or beneficiary's authorized agent has either contacted the borrower or tried with due diligence contact the borrower as required by California Civil Code Section 2923.5. (Marks was not contacted by AHMSI or any other entity at the time of issuance of the NOD.)

23. Regarding the NOD a debtor does not need to be personally served, which Marks was not. However, there are four requirements to satisfy a valid foreclosure (i.e. the Notice of Default need only be (1) recorded, (2) published, (3) mailed and (4) posted. Only two of the four requirements were satisfied. Therefore the NOD was invalid.

24. On June 11, 2010, Marks sent correspondence to AHMSI' Loan Modification/Loan Resolution Department enclosing Cashier's Check Number 42795107 in the amount of $1,290.00 as a gesture of good regarding modification of the loan.

25. On July 4, 2010, Marks sent a "Qualified Written Request" to AHMSI's Loan Modification Department requesting documents under the guidelines of Section 6 of the Real Estate Settlement Procedure Act (RESPA).

26. Said 07-04-2010 Qualified Written Request consisted of a letter in which Marks requested the original loan application; Deed of Trust; Good Faith Estimate; HUD-1 Settlement Statement; TILA Disclosure; Copy of the complete mortgage; The Loan Note; Loan Payment History, including all payments made, all fees incurred, what

has been paid out of the escrow account and how all payments were applied; Appraisal and all required disclosures and rate sheets associated with the transaction; and Notice of Right to Rescission.

27. Marks advised AHMSI that she was in the process of modifying her loan and that she was advised of a scheduled October 11, 2010 foreclosure date. However, Marks did not receive any written notice of said 10-11-2010 foreclosure date.

28. On July 20, 2010, a Substitution of Trustee was recorded substituting Power Default Services, Inc. whose address was C/O Fidelity National Title Company 17592 E. 17th Street, Suite 300, Tustin, CA 92780, as Trustee under said Deed of Trust. SAND CANYON CORPORATION FKA OPTION ONE MORTGAGE CORPORATION BY CINDI ELLIS, ASST VICE PRESIDENT was on the record documents. The Substitution of Trustee is void due to the fact that Sand Canyon Corporation no longer services the loans and ceased to do so as of 2008. Notice of Trustee Sale was also recorded.

29. On August 6, 2010, in a good faith effort to protect and save her home from a wrongful foreclosure, Marks filed her Chapter 7 Voluntary Bankruptcy Petition, all the while attempting to negotiate a loan modification. On August 20, 2010, Marks perfected her Chapter 7 Bankruptcy Petition.

30. On October 4, 2010, although Marks was under the protection of the automatic stay a purported Assignment of the Deed of Trust to Wells Fargo Bank as Trustee for Option One Loan Trust 2007-6, Asset-Backed Certificate Series 2007-6 was recorded executed by Joseph Kaminski, Assistant Secretary of Sand Canyon Corporation

fka Option One Mortgage Corporation purportedly signed the document. The Substitution of Trustee is void due to the fact that Sand Canyon Corporation no longer services the loans. Moreover, Joseph Kaminski was listed as a known and identified "Robo-signer."

31. On March 12, 2013 (written as "3/12/2013") Marks received a NOTICE OF DEFAULT from Ocwen Loan Servicing, LLC., 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33409. Since the date of March 12, 2013, Marks has been objecting to Ocwen's active interference with her property rights and quiet enjoyment of her home. Ocwen over Marks' objection has been paying money for her property taxes even though Ocwen has been advised and informed in writing that Marks is solely responsible for the payment of the property taxes. Moreover, Marks has not ever agreed to or allowed the lender or any of its agents to impound for property taxes. In the original loan signed with Option One Mortgage Corporation on February 7, 2007, Marks did not agree, nor did she give consent, give permission or authorization for Option One Mortgage Corporation would impound for the property taxes in the mortgage payment. Set forth in Exhibit "A" is the NOTICE OF DEFAULT issued by Ocwen Loan Servicing, LLC on 3/12/2013.

## FIRST CLAIM FOR RELIEF

[FOR RECOVERY OF MONEY/PROPERTY]

28. Debtor re-alleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 27, inclusive, as though fully set forth herein.

29. The Creditors were purportedly transferring property interest of Debtor.

30. The Creditors lack standing and authority to make such transfers.

Case 2:17-ap-01342-SK    Doc 1    Filed 07/06/17    Entered 07/06/17 10:10:36    Desc
Main Document    Page 9 of 17

31. The purported transfers were in fact void.

32. When Debtor pursued her legal rights to question the transfers through making a Qualified Written Request she was retaliated against and the Creditors sought to sell her property.

33. The Debtor is entitled to an order and judgment for the illegal, unauthorized and retaliatory actions of the Creditors individually and collectively.

## SECOND CLAIM FOR RELIEF

[FOR VALIDITY, PRIORITY OR EXTENT OF LIEN]

34. Debtor re-alleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 33, inclusive, as though fully set forth herein.

35. Based on the wrongful and illegal transfers and actions of Creditors set forth herein and above Debtor is entitled to have a determination regarding the validity of all said transfers.

36. Based on the numerous void, illegal and wrongful property transfers that have occurred solely as the result of the illegal actions of the Creditor property should be determined to be Debtor and returned to her.

## PRAYER FOR RELIEF

**WHEREFORE,** Debtor prays for a judgment on this Complaint, as it may be amended from time to time, as follows:

1. For recovery from Defendants by Debtor for the amount of the Void, illegal and wrongful transfers of the property, her;

2. For interference with Debtor's quiet enjoyment of her home;

3. For Creditors sustained harassment and retaliation for Debtor's pursuit of

her legal rights in seeking modification of her loan and or refinancing of her loan.

    4.    For recovery of interest, costs, and attorneys' fees and expenses, to the extent recoverable under applicable law and the evidence submitted to the Bankruptcy Court; and

    5.    For such other and further relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of July 2017, at Los Angeles, California.

_____
MaryEtta C. Marks, Debtor in Pro Se

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

| | Ocwen Loan Servicing, LLC | 1661 Worthington Road |
|---|---|---|
| OCWEN | *HELPING HOMEOWNERS IS WHAT WE DO!* ™ | Suite 100 |
| | WWW.OCWEN.COM | West Palm Beach, FL 33409 |
| | | Toll Free: (800) 746-2936 |

3/12/2013

VIA First Class Mail
VIA Certified Mail (return receipt requested)
Certified Number:
Reference Code: 7141922216

Loan Number: 7141922216

Maryetta C Marks
6642 S Garth Ave
Los Angeles, CA 90056

**Property Address:**
6642 S Garth Ave
Los Angeles, CA 90056

# NOTICE OF DEFAULT

<u>AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA:</u>
Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

Dear Customer,

We are sending you this letter as official notice that our records indicate your mortgage payments are currently past due, and you are in default of your loan agreement. We ask that you please contact Ocwen IMMEDIATELY at 800-746-2936 to discuss repayment options and foreclosure alternatives. Programs such as modification, short sale or deed in lieu of foreclosure may be available to you.

**Special Note: If you HAVE FILED Bankruptcy**

*Applies only if you have a Chapter 7 discharge and/or discharge pursuant to Chapter 13*

> If you have received a Chapter 7 discharge under the U.S. Bankruptcy Code or if your mortgage has been discharged as part of a completed Chapter 13 plan, this notice is not intended as an attempt to collect a debt. If you have received a bankruptcy discharge, we are sending this notice only as a first step to a foreclosure sale of the property listed above. This is not an assertion that you have any personal liability for this debt.

*Applies only if you have recently filed a bankruptcy petition - Please NOTIFY US IMMEDIATELY!*

> If you have recently filed for bankruptcy, this notice has been sent to you because OCWEN has not been notified of your bankruptcy case. It is important that you or your bankruptcy attorney contact us immediately. In order for us to document your file, please provide us with the following information:
> 1. The <u>date</u> and <u>jurisdiction</u> of your filing
> 2. Your <u>case number</u>
> 3. The bankruptcy <u>chapter number</u> under which you have filed

<u>This information is CRITICAL--it may change your options for keeping your home. So please CONTACT US today!</u>

**Special Note: If you HAVE NOT FILED Bankruptcy**

> If you have *not* recently filed bankruptcy or received a bankruptcy discharge, you are hereby notified that this letter is an attempt to collect a debt. All information obtained will be used for that purpose.

## To SAVE YOUR HOME, PLEASE ACT IMMEDIATELY!

---

NMLS #: 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



| Ocwen Loan Servicing, LLC | 1661 Worthington Road |
| *HELPING HOMEOWNERS IS WHAT WE DO!* ™ | Suite 100 |
| WWW.OCWEN.COM | West Palm Beach, FL 33409 |
| | Toll Free: (800) 746-2936 |

OCWEN

**Special Note: If you are a Servicemember**

Services available to military Servicemembers and dependents

Servicemembers and dependents of servicemembers may also be entitled to interest rate relief and foreclosure protections under the federal Servicemembers Civil Relief Act (50 U.S.C. Sec. 501 et seq.) (SCRA) and counseling services from agencies such as the Armed Forces Legal Assistance Program and Military One Source.

**Military OneSource**
www.militaryonesource.com
From the United States: (800) 342-9647
From outside the United States (with applicable access code): (800) 342-9647
International Collect (through long distance operator): (484) 530-5908

Servicemembers and dependents with questions about the SCRA may consult Military OneSource or speak to their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for each branch of the armed forces is available at: http://legalassistance.law.af.mil/content/locator.php.

**If you are interested in bringing your account current and avoiding foreclosure, we want to help! We have helped thousands of our homeowners avoid foreclosure by finding solution based on their individual situation. Please contact us right away to help us determine the program that works best for you.**

## Debt Dispute Options and Requesting Account Information

Ocwen will assume the debt is valid UNLESS you submit written notice disputing all or part of the debt to Ocwen within 30 days of the date of this letter. If you send a written notice of dispute of all or a portion of the debt, Ocwen will send you documentation of the debt and verify the amount owed.

To obtain that verification, submit your written request to our Research Department by mail to:

Ocwen Loan Servicing, LLC
Attn: Research Department
P.O. Box 24736
**West Palm Beach, FL 33416-4736**

You can also fax your request to us at 1-407-737-6375.

The failure to dispute the validity of the debt may not be construed as an admission of liability by any court.

You may also submit a request to our Research Department to send you a copy of your promissory note or other evidence of indebtedness, mortgage or deed of trust and any applicable assignments and a copy of your payment history since you were last less than sixty (60) days past due.

NMLS #: 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

| | |
|---|---|
| ⭕ OCWEN | Ocwen Loan Servicing, LLC<br>*HELPING HOMEOWNERS IS WHAT WE DO!* ™<br>WWW.OCWEN.COM | 1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409<br>Toll Free: (800) 746-2936 |

### Total Amount Due

As of **3/12/2013**, you owe the following:

| | |
|---|---|
| Principal and Interest | $142,965.84 |
| Interest Arrearage | $ 0.00 |
| Escrow | $ 0.00 |
| Late Charges | $3,179.55 |
| Insufficient Funds Charges | $ 0.00 |
| Fees / Expenses | $12,435.03 |
| Suspense Balance (CREDIT) | $ 0.00 |
| Interest Reserve Balance (CREDIT) | $ 0.00 |
| **TOTAL DUE** | **$158,605.40** |

Please call to verify the amount due on your loan before sending in a payment. This amount is an estimate - your total amount due may change if additional fees or late charges accrue on the account, or if additional monthly payments become due before your payment is received. To bring your account to good standing, we must receive payment by 4/11/2013. We may not accept partial payments in any amount less than the total amount due. Making payments less than the total amount due will not stop any foreclosure proceedings.

### Acceptable Payment Methods

We can only accept payments by MoneyGram®, bank check, money order or certified funds for the total due amount stated above to the appropriate address below. Information about each of these payment methods is included below.

| HOW TO MAKE PAYMENTS | | |
|---|---|---|
| *(always include Loan # 7141922216 with your payment)* | | |
| MoneyGram® | Overnight Mail | Via Regular Mail |
| Receive Code: 2355 | Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC |
| City: Orlando | 1661 Worthington Road, Suite 100 | P.O. Box 6440 |
| State: FL | West Palm Beach, FL 33409 | Carol Stream, IL 60197-6440 |
| Loan # 7141922216 | Attention: Cashiering Department | |

### You have options to avoid foreclosure.

If you are unable to bring your account current, we encourage you to call us immediately to discuss options for avoiding foreclosure. Our Home Retention Consultants are mortgage experts, and they are available to help you determine which options best fit your needs. You may contact us at (800) 746-2936; Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm, and Sunday 9:00 am to 9:00 pm ET or by mail at 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33409, Attention: Home Retention Department.

### Housing counselors are available to help.

A HUD counseling agency may be able to provide you with assistance. To locate the HUD approved counseling agency in your area, call the HUD Housing Counseling Service at (800) 569-4287 or consult HUD's website at www.HUD.gov. Information about other counseling services is included below.

If you choose to seek housing counseling, please be aware that we can only discuss your account information with authorized parties. You can provide authorization on our website, www.ocwen.com, or by calling our Customer Care Center at (800) 746-2936. OCWEN will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information to individuals or organizations that you authorize, as required by law.

NMLS #: 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

| | Ocwen Loan Servicing, LLC<br>*HELPING HOMEOWNERS IS WHAT WE DO!* ™<br>WWW.OCWEN.COM | 1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409<br>Toll Free: (800) 746-2936 |
|---|---|---|
| OCWEN | | |

**Foreclosure Process**
Upon acceleration, your total loan balance will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect your total arrearage in addition to any expenses of foreclosure, including but not limited to reasonable attorney's fees and costs.

Failure to bring your account current may result in our election to exercise our right to foreclose on your property. If your loan has already been accelerated and foreclosure proceedings already begun, we will continue the foreclosure action (if possible). You have the right to assert in court the non-existence of a default or any other defense to acceleration and foreclosure.

After acceleration of the debt, but prior to foreclosure, you may have the right to reinstate the mortgage loan, depending on the terms of the note and mortgage. We encourage you to review the provisions of the note and mortgage. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by OCWEN to enforce the mortgage in addition to the overdue amount on the mortgage loan. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING PAYMENT, PLEASE CALL US TO VERIFY THE EXACT AMOUNT DUE.**

Please visit our website at www.ocwen.com where you can review your account information and obtain other important information.

Sincerely,

Ocwen Loan Servicing, LLC
Toll Free Phone: 800-746-2936

**ADDRESS WRITTEN CORRESPONDENCE TO:**

Research Department

Ocwen Loan Servicing, LLC

P.O. Box 24736

West Palm Beach, FL 33416-4736

NMLS #: 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

**PLAINTIFFS**

MARYETTA C. MARKS

**DEFENDANTS**

AMERICAN HOME MORTGAGE SERVICING INC, DEFAULT RESOLUTION NETWORK ET AL

RECEIVED JUL - 6 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

IN PRO SE

**ATTORNEYS** (If Known)

UNKNOWN

**PARTY** (Check One Box Only)
- ☒ Debtor
- ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Creditor
- ☐ Other
- ☐ Trustee

**PARTY** (Check One Box Only)
- ☐ Debtor
- ☐ U.S. Trustee/Bankruptcy Admin
- ☒ Creditor
- ☐ Other
- ☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

RECOVERY OF MONEY AND OR RETURN OF PROPERTY TO DEBTOR/PLAINTIFF

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23
☒ Check if a jury trial is demanded in complaint | Demand $ NOT YET DETERMINED

**Other Relief Sought**

MONEY JUDGMENT TO DEBTOR; RETURN OF PROPERTY TO DEBTOR/PLAINTIFF

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||||
|---|---|---|---|---|
| NAME OF DEBTOR<br>MARYETTA C MARKS || BANKRUPTCY CASE NO.<br>2:10-BK-42867 |||
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL || DIVISION OFFICE | NAME OF JUDGE<br>SANDRA KLEIN ||
| RELATED ADVERSARY PROCEEDING (IF ANY) |||||
| PLAINTIFF<br>N/A | DEFENDANT ||| ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE ||
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*Maryetta C Marks* (signature) |||||
| DATE<br>07-06-2017 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>MARYETTA C. MARKS ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint. $2 4 MILLION / 5 Million / 5 x value of property

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.